455 A.2d 204

Commonwealth v. Phillips, Appellant.

Argued May 20, 1982.
Kenneth Dean Chestek, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.